**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01104-CV

### RANDY L. WINEINGER, IN HIS CAPACITY AS
### HUNT COUNTY TAX ASSESSOR-COLLECTOR, Appellant

### V.

### Z BAR A RANCH, LP AND JAMES ALLEN WALKER, Appellees

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 80,762**

## ORDER

We **GRANT** the September 22, 2015 motion of the Hunt County District Clerk for an extension of time to file the clerk's record. The clerk's record shall be filed by **MONDAY, OCTOBER 5, 2015**. No further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE